# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY MCNUTT, et al,<br><br>                      Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO OF ARIZONA LLC, et al.,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:18-cv-05668-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court approves the Gross Settlement Amount of Four Hundred Fifty Thousand and Zero Cents ($450,000.00).

In addition to any recovery that Plaintiffs may receive from the Net Settlement Amount, the Court hereby approves the payment of an incentive award to Plaintiffs Mary McNutt and Robert Woeck Jr. in the amount of Five Thousand Dollars ($5,000.00) each (for a total of $10,000.00).

Payment of attorneys' fees to Collective Action Counsel in the sum of One Hundred Thirty-Nine Thousand, Five Hundred Dollars and Zero Cents ($139,500.00) and reimbursement of litigation expenses in the sum of Eighteen Thousand Three Hundred and Forty-Six Dollars and Thirty-Four Cents ($18,346.34).

Payment in the amount of Three Thousand Dollars ($3,000.00) to ILYM Group, Inc. for performance of its settlement administration services.

Dated this 20th day of September 2022.

                                                     <u>Ravi Subramanian</u>  
                                                   Clerk

                                                 <u>*s/Ann Duke*</u>  
                                               Deputy Clerk